UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTY BAUGHMAN,

    Plaintiff,

v.                                              Case No. 18-1217-JWB

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY and
WALTER BISHOP,

    Defendants.

## **AMENDED SCHEDULING ORDER**

Plaintiff has filed an unopposed motion (ECF No. 34) to amend the scheduling order (ECF No. 12) based on the recent addition of a new defendant, Walter Bishop. For good cause shown, the motion is granted and the scheduling order is amended as follows:

| EVENT | DATE |
|---|---|
| Mediation completed | May 16, 2019 |
| Supplementation of initial disclosures | 40 days before the deadline for completion of all discovery |
| All discovery completed | July 11, 2019 |
| Experts disclosed by defendant | May 13, 2019 |
| Rebuttal experts disclosed | June 10, 2019 |
| Physical and mental examinations | May 1, 2019 |
| All other potentially dispositive motions (e.g., summary judgment) | September 5, 2019 |

1

| Motions challenging admissibility of expert testimony | September 5, 2019 |
| --- | --- |
| Proposed pretrial order due | July 18, 2019 |
| Pretrial conference | August 2, 2019, at 1:00 p.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated February 20, 2019, at Kansas City, Kansas.

       s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge